IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUSTION SYSTEMS, LLC, <br><br> Plaintiff, <br> v. <br><br> EXCLUSIVE GROUP LLC D/B/A BINATONE NORTH AMERICA, <br><br> Defendant. | C.A. No. |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Rothschild Broadcast Distribution Systems, LLC, a private non-governmental property, certifies that the names of all associates, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case are below:

Patent Asset Management, LLC

| | |
|---|---|
| March 16, 2023 | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| | |
| *Of Counsel:* | By: */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (#110) |
| René A. Vazquez | Megan C. Haney (#5016) |
| Pro Hac Vice anticipated | 1200 North Broom Street |
| rvazquez@ghiplaw.com | Wilmington, DE 19806 |
| | (302) 655-4200 Telephone |
| GARTEISER HONEA, PLLC | (302) 655-4210 Fax |

-2-

119 W. Ferguson Street  
Tyler, Texas 75702  
Telephone: (903) 705-7420  
Facsimile: (903) 405-3999

jcp@pmhdelaw.com

*Counsel for Plaintiff*