THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXCLUSIVE GROUP LLC D/B/A BINATONE NORTH AMERICA**<br><br>**Defendant.** | **Civil Action No.: 1:23-cv-00285-MN** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiff Rothschild Broadcast Distribution Systems, LLC respectfully submits this notice of voluntary dismissal WITHOUT PREJUDICE of Defendants Exclusive Group LLC d/b/a/ Binatone North America.

| | |
|---|---|
| Dated:  May 24, 2023 | Respectfully Submitted,<br><br>*/s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>**Phillips, McLaughlin & Hall, P.A.**<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Tel: (302) 655-4200<br>Fax: (302) 655-4210<br>jcp@pmhdelaw.com |

mch@pmhdelaw.com

René A. Vazquez
Virginia Bar No. 41988
rvazquez@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**